**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:

  C. Lloyd Bain, Jr.       Chapter 11
  Patricia M. Bain        Case No. 07-15663-JNF

  **Debtors**

---

**MOTION BY DEBTORS FOR AUTHORITY TO EMPLOY**
**COUNSEL UNDER A GENERAL RETAINER**

  Now come the Debtors, C. Lloyd Bain, Jr. and Patricia M. Bain, and move the Court for the authority to employ Leonard Ullian, Esq., and The Law Offices of Ullian & Associates as their counsel in this case under general retainer, and in support thereof states as follows:

1. The Debtors have filed a petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

2. Prior to the date when the petition was filed, the Debtors consulted with Leonard Ullian from The Law Offices of Ullian & Associates, and subsequently engaged the firm to prepare the appropriate papers and to file it with this Court.

3. The Debtors desire to employ The Law Offices of Ullian & Associates as their counsel in this case under a general retainer. Leonard Ullian of that firm is knowledgeable and experienced in bankruptcy matters and has appeared before this Court on numerous occasions, and Debtors believe that the employment of The Law Offices of Ullian and Associates is in the Debtors' best interest.

4. The Debtors believe that The Law Offices of Ullian and Associates holds no interest adverse to the Debtors or their estate, and that The Law Offices of Ullian and Associates is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code. Affidavit of Counsel is attached hereto and incorporated herein.

  **WHEREFORE,** the Debtors respectfully request that the court enter an Order authorizing the employment of The Law Offices of Ullian and Associates as counsel to the Debtors and grant such other and further relief as is necessary and just.

              Respectfully submitted,   Respectfully submitted,

Date: September 10, 2007    C. Lloyd Bain, Jr.      Patricia M. Bain

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:

    C. Lloyd Bain, Jr.          Chapter 11
    Patricia M. Bain            Case No. 07-15663-JNF

    Debtors

_____

### AFFIDAVIT OF PROFESSIONAL PERSON

1. My name is Leonard Ullian. I am an attorney authorized and licensed to practice before this Court and in the Commonwealth of Massachusetts. I have personal knowledge of all facts stated herein and they are all true and correct, except for those facts stated upon information and belief, and as to those facts I believe them to be true and correct.

2. I am employed by The Law Office of Ullian and Associates. I represent that after reasonable investigation, to the best of my knowledge, neither I nor any member of The Law Office of Ullian & Associates holds or represents any interest adverse to the estate of the above-named Debtor.

3. I represent that to the best of my knowledge that myself and each member of The Law Office of Ullian & Associates is a "disinterested person" as that term is defined at 11 U.S.C. section 101(14).

4. I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case, except as follows: between and among the partners and other professional employees of The Law Offices of Ullian & Associates, Inc.

5. The Law Office of Ullian & Associates has received $5,000.00, which includes the $1,039.00 filing fee as a retainer in anticipation of services to be rendered by it as counsel to the Debtors in this case subject to final allowance by the Court at the conclusion of this case, which sum, upon information and belief, was generated by the Debtors.

6. I shall amend this statement immediately upon my learning that any of the within representations are incorrect or there is any change of circumstances relating thereto.

7. I have reviewed the provisions of Massachusetts Local Bankruptcy Rule 2016-1.

Signed under the pains and penalties of perjury this 10th day of September, 2007.

/s/Leonard Ullian
Leonard Ullian, Esq.
The Law Office of Ullian & Associates, Inc.
220 Forbes Rd., Ste. 106
Braintree, MA 02184
(781) 848-5980

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:

    C. Lloyd Bain, Jr.            Chapter 11
    Patricia M. Bain             Case No. 07-15663-RS

**Debtors**

---

**ORDER ON MOTION BY DEBTORS FOR AUTHORITY TO**
**EMPLOY COUNSEL UNDER A GENERAL RETAINER**

The Motion by Debtors for Authority to Employ Counsel Under a General Retainer, having been brought before me, notice having been given to the United States Trustee, and no objection to the Motion having been filed, and good cause appearing to me in support of this Motion, it is allowed.

ORDERED that the Debtors are authorized to employ Leonard Ullian and The Law Offices of Ullian & Associates as its counsel in this case under a general retainer.


Date: _____          _____
                                                                     Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:

    C. Lloyd Bain, Jr.                          **Chapter 11**

    Patricia M. Bain                           **Case No. 07-15663-JNF**

    **Debtors**

_____

**CERTIFICATE OF SERVICE OF MOTION BY DEBTORS FOR AUTHORITY**
**TO EMPLOY COUNSEL UNDER A GENERAL RETAINER**

I, Leonard Ullian, certify that on the 21st day of September, 2007, I caused a copy of the **Motion By Debtors For Authority To Employ Counsel Under A General Retainer** to be sent electronically to the U.S. Trustee's Office, 1101 Federal Building, 10 Causeway, Street, Room 1184, Boston, MA 02222.

                                                        /s/Leonard Ullian
                                                        Leonard Ullian, Esq.
                                                        Ullian & Associates, Inc.
                                                        220 Forbes Road, Suite 106
                                                        Braintree, MA 02184
                                                        (781) 848-5980